UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No.  09-cr-00531-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  KALEB ANDREW MATLACK,

    Defendant.

## ORDER

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **Friday, January 29, 2010,** and responses to these motions shall be filed by **Friday, February 5, 2010.**  It is

    FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Friday, February 12, 2010, at 9:00 a.m. in courtroom A-1002**  It is

    FURTHER ORDERED that a 3-day jury trial is set for **Monday, February 22, 2010, at 9:00 a.m. in courtroom A-1002.**

Dated: December 21, 2009

BY THE COURT:


s/ Wiley Y. Daniel
Wiley Y. Daniel
Chief United States District Judge